### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN MIRABELLA and | : | |
| JOHN MIRABELLA, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUSAN VILLARD, *et al.*, | : | |
| Defendants. | : | No. 14-7368 |
| | : | |

### ORDER

**AND NOW**, this **17ᵗʰ** day of **August**, **2015**, on consideration of Neighbor Defendants'

Motion to Dismiss (Document No. 4), Municipal Defendants' Motion to Dismiss (Document No.

11) and all responses thereto and replies thereon, and for the reasons provided in this Court's

Memorandum dated August 17, 2015, it is hereby **ORDERED** that:

1.  The Court **GRANTS** Neighbor Defendants' Motion and **DISMISSES** Counts I - VII

    for lack of supplemental jurisdiction, without prejudice to filing these claims in state

    court.

2.  The Court **DISMISSES** Defendants Board of Supervisors and Montgomery

    Township for failure to allege *Monell* liability on the remaining claims.

3.  The Court **GRANTS IN PART** and **DENIES IN PART** Municipal Defendants'

    Motion to Dismiss.

4.  The Court **GRANTS** in part the Motion to Dismiss and **DISMISSES** Count VIII for

    failure to allege a violation of the Equal Protection Clause without prejudice.

5.  The Court **DENIES** in part the Motion to Dismiss Count IX only to the extent that

    Plaintiffs' First Amendment claims are predicated on the conduct of Defendants

Walsh and McDonnell after September 20, 2014.

BY THE COURT:

_____
**Berle M. Schiller, J.**