# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN MIRABELLA and<br>JOHN MIRABELLA,<br>    Plaintiffs, | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| SUSAN VILLARD, *et al.*,<br>    Defendants. | :<br>:<br>: | No. 14-7368 |

## ORDER & JUDGMENT

**AND NOW**, this **3rd** day of **May**, **2017**, following the mandate of the U.S. Court of Appeals for the Third Circuit (Document No. 25), it is hereby **ORDERED** that:

1. **JUDGMENT** is entered in favor of Defendants Joseph P. Walsh and Jeffrey W. McDonnell, and against Plaintiffs, as to the remaining First Amendment claims (Count IX).

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**